# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ELKINS,**           ) <br> ) <br> Petitioner,         ) <br> ) <br> v.                 ) <br> ) <br> FRED FOULKES (WARDEN),   ) <br> ) <br> Respondent.        ) | NO. SACV 12-00097-VBF-DTB <br><br> RULE 58 FINAL JUDGMENT |

    Pursuant to the Court's Opinion and Order issued this same date, final judgment is entered in favor of respondent Fred Foulkes (Warden) and against petitioner David Elkins.

DATED:     June 12, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE